OCTOBER 17, 1955.

No. 24. WILLIAMS v. UNITED STATES. Certiorari, 348 U. S. 926, to the United States Court of Appeals for the Ninth Circuit. Argued October 13, 1955. Decided October 17, 1955. *Per Curiam:* This case is controlled by the California doctrine of *respondeat superior.* The judgment is vacated and the case is remanded for consideration in the light of that governing principle. *Henry C. Clausen* argued the cause and filed a brief for petitioner. *Morton Hollander* argued the cause for the United States. With him on the brief were *Solicitor General Soboloff, Assistant Attorney General Burger* and *Paul A. Sweeney.*

No. 195. UNITED STATES v. PROVOO. Appeal from the United States District Court for the District of Maryland. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Solicitor General Soboloff, Assistant Attorney General Tompkins, Gray Thoron* and *Philip R. Monahan* for the United States. *Frederick J. Green, Jr.* and *Theodore C. Waters, Jr.* for appellee.

No. 265. M. & M. TRANSPORTATION CO. ET AL. v. UNITED STATES ET AL. Appeal from the United States District Court for the District of Massachusetts. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Herbert Burstein* for appellants. *Solicitor General Soboloff, Assistant Attorney General Barnes, Daniel M. Friedman, Samuel R. Howell* and *Leo H. Pou* for the United States and the Interstate Commerce Commission, and *S. Harrison Kahn* for the St.